No. 09-8574. Girish Chandra Sahu, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2599.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 321 Fed. Appx. 529.